*H. Cooper*, for the appellant.

*W. H. Coombs*, for the appellee.

---

SPINNING *v.* ROWLAND.—In error.

*Tuesday, December 12.*

IT was necessary, under the statute of 1838, that a petition to the Probate Court for the appointment of commissioners to assign dower, &c., should aver that, previously to its being filed, a demand on the defendant for an assignment of the dower had been made, or show a good reason why such demand had not been made. R. S. 1838, p. 239.—See *Dunn* v. *Loder*, 5 Blackf. 446.